

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WTX FUND, LLC, | § | No. 08-17-00104-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| RAY HOLT BROWN, JAY F. HOLT, CHERYL JONES, JUDY BROWN | § | of Reagan County, Texas |
| WADSWORTH, JANIE H. GIDDIENS AS TRUSTEE OF THE JANIE H. | § | (TC #1913) |
| GIDDIENS TRUST, DEBRA LYNN MORGAN AS TRUSTEE OF THE | § | |
| DEBRA LYNN MORGAN REVOCABLE TRUST, SUSAN G. WESSON AS | § | |
| TRUSTEE OF THE SUSAN G. WESSON REVOCABLE LIVING TRUST, PATTI | § | |
| HOLT ELKINS, BOBBY VAN HOLT AS TRUSTEE OF THE BOBBY VAN HOLT | § | |
| REVOCABLE LIVING TRUST, AND JOHN THOMAS HOLT, | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial

court's judgment granting partial summary judgment in favor of Appellees. We therefore reverse

the judgment of the court below granting partial summary judgment in favor of Appellees and

render partial judgment in favor of Appellant in accordance with the opinion of this Court. We

further order the cause is remanded to the trial court to determine Appellant's remedy and for

reconsideration of an award, if any, of attorney's fees.

We further order that Appellant recover from Appellees the appellate costs incurred by Appellant, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JANUARY, 2020.


GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and McClure, C.J. (Senior Judge)
McClure, C.J. (Senior Judge), sitting by assignment